**People of the State of Illinois, Plaintiff-Appellee, v. Roger L. Knell, Defendant-Appellant.**

Gen. No. 69–136.

Second District.

September 11, 1970.

William Bomp, of Loves Park, for appellant; Philip G. Reinhard, State's Attorney of Winnebago County, of Rockford, and William R. Beu, Assistant State's Attorney of Rockford, for appellee. Opinion by JUSTICE ABRAHAMSON. Not to be published in full.